

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| CONCORD HEALTHCARE GROUP D/B/A MESA HILLS WOUND CARE CENTER, | § § | No. 08-17-00150-CV |
|  | § | Appeal from the |
| APPELLANT, | § | County Court at Law No. 6 |
| V. | § | of El Paso County, Texas |
| JOHN G. TAYLOR, D.P.M., | § | (TC# 2016DCV4310) |
|  | § |  |
| APPELLEE. | § |  |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, Concord Healthcare Group d/b/a Mesa Hills Wound Care Center, has filed an unopposed motion to dismiss its appeal because it no longer desires to prosecute the appeal. *See* TEX.R.APP.P. 42.1(a). We grant the motion and dismiss the appeal. Further, we grant Appellant's motion to expedite issuance of the mandate. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

November 8, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.